EXHIBIT 15-1

SAMPLE NOTICE OF CONTRACT TERMINATION

Rodney Loftin
ABC Management Company
391 California Way
Anywhere, VA 20000

RE: Housing Assistance Contract Termination

    Tenant Name:    Alexis Jones
    Address:    8959 Howard Ave.
        Anywhere, VA 20000

Dear Mr. Loftin:

Due to [REASON, I.E. FAILURE TO MAINTAIN UNIT IN COMPLIANCE WITH HOUSING QUALITY STANDARDS], the Anywhere Housing Authority will terminate the Housing Assistance Payments contract entered into on behalf of the above-mentioned tenant effective [EFFECTIVE DATE].

Specifically, [SPECIFIC REASON, I.E. AFTER TWO PHA INSPECTIONS, YOU HAVE FAILED TO MAKE THE NECESSARY REPAIRS TO THE UNIT].

Anywhere Housing Authority will not make any HAP payments to you after [TERMINATION DATE]. Should the tenant choose to remain in the unit after that date, the tenant will be responsible for the full contract rent.

Should you have any questions or concerns, please contact me at (909) 555-1212.

                      Sincerely,

                      Jessica Brown
                      Housing Program Specialist

cc:    Alexis Jones, Tenant